IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **MICHAEL R. MOSIER,**<br><br>*Plaintiff,*<br><br>**v.**<br><br>**GEORGIA DEPARTMENT OF CORRECTIONS,** *et al.,*<br><br>*Defendants.* | **CIVIL ACTION NO.**<br>**5:20-cv-00308-TES-MSH** |

ORDER ADOPTING THE UNITED STATES
MAGISTRATE JUDGE'S RECOMMENDATION

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 246] to grant Defendants' summary-judgment motions. [Doc. 220]; [Doc. 231]. Plaintiff Michael Mosier did not file objections—or request an extension to file objections—within the time outlined by the magistrate judge's Recommendation; thus, the Court reviews the Recommendation for clear error. 28 U.S.C. § 636(b)(1); [Doc. 246, pp. 22–23].

Having considered the Recommendation, the Court finds no clear enumeration of error and agrees with the findings and conclusions of the United States Magistrate Judge. Therefore, the Court **ADOPTS** the United States Magistrate Judge's Recommendation [Doc. 246] and **MAKES IT THE ORDER OF THE COURT**. Accordingly, the Court **GRANTS** Defendants' Motions for Summary Judgment [Doc. 220], [Doc. 231]. Additionally, because Plaintiff failed to provide sufficient information

on Defendant Zegeye such that the U.S. Marshals could perfect service, the Court

**DISMISSES** Plaintiff's claims against her **without prejudice**. The Clerk is **DIRECTED**

to enter Judgment in favor of Defendants and **CLOSE** this case.

      **SO ORDERED**, this 26th day of July, 2023.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**
