IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MICHAEL R. MOSIER, | * |
| Plaintiff, | * |
| v. | Case No.5:20-cv-00308-TES-MSH |
| | * |
| GEORGIA DEPARTMENT OF CORRECTIONS, et al., | * |
| Defendants. | * |

# **J U D G M E N T**

Pursuant to this Court's Order dated July 26, 2023, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendants. Plaintiff shall recover nothing of Defendants.

This 26th day of July, 2023.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk